THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THEODORE SANTIAGO, | CASE NO. C20-1133-JCC |
| Plaintiff, | ORDER |
| v. | |
| ISRAEL JACQUEZ, *et al.*, | |
| Defendants. | |

This matter comes before the Court on the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. No. 6). The Court, having reviewed Plaintiff's civil rights complaint, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation;

(2) Plaintiff's complaint is DISMISSED without prejudice; and

(3) The Clerk is DIRECTED to send copies of this Order to Plaintiff and to the Honorable Mary Alice Theiler.

//
//
//
//

ORDER
C20-1133-JCC
PAGE - 1

1    DATED this 4th day of November 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE